**\*\*E-filed 04/22/2010\*\***

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH L. CRAWFORD, et al., | No. C 10-0280 RS |
| Plaintiffs, | **ORDER RE MOTION TO DISMISS** |
| v. | |
| ZACHARIA MELZER, et al., | |
| Defendants. _____/ | |

In light of the filing of an amended complaint, the hearing on defendants' motion to dismiss presently set for May 6, 2010 is vacated, and the motion is denied as moot, without prejudice to defendants' right to reassert in a motion to dismiss the amended complaint any arguments that they believe are still applicable.

Dated: 04/22/2010

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE