UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH L. CRAWFORD, et al., <br><br>    Plaintiffs, <br><br> v. <br><br> ZACHARIA MELZER, et al., <br><br>    Defendants. | Case No.: C 10-0280 RS (PVT) <br><br> **INTERIM ORDER RE PARTIES' PROPOSED FORM OF STIPULATED PROTECTIVE ORDER** <br><br> **(Re: Docket No. 23)** |

Currently pending before the court is the parties' Stipulation for Protective Order.[1]  Based on the parties proposed form of order,

IT IS HEREBY ORDERED that, no later than June 18, 2010, the parties shall submit a revised form of protective order based on this court's model form of "Stipulated Protective Order for Standard Litigation," copies of which are available in the Forms section of the court's website (www.cand.uscourts.gov).  As drafted, the parties' current proposed form of order contains numerous provisions that are unacceptable to the court.  If the parties wish to deviate from the model form of order, they shall submit a joint brief setting forth each portion of alternate language they wish to use, and explaining why the alternate language is more appropriate for this case.

---

[1] The holding of this court is limited to the facts and the particular circumstances underlying the present motion.

ORDER, *page 1*

IT IS FURTHER ORDERED that, pending entry of the final form of protective order, the provisions of the court's model form of "Stipulated Protective Order for Standard Litigation" shall govern the handling of confidential information in this case.

Dated: *6/3/10*

*Patricia V. Trumbull*
PATRICIA V. TRUMBULL
United States Magistrate Judge