UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH L. CRAWFORD, et al., <br><br> Plaintiffs, <br><br> v. <br><br> ZACHARIA MELZER, et al., <br><br> Defendants. | Case No.: C 10-0280 RS (PSG) <br><br> **ORDER DENYING DEFENDANTS' REQUEST TO APPEAR AT HEARING BY TELEPHONE** <br><br> **(Re: Docket No. 71)** |

On December 30, 2010, Defendants filed a request to appear by telephone at the hearing on Plaintiffs' motion to compel. Based on the request and the file herein,

IT IS HEREBY ORDERED that Defendants' request to appear by telephone is DENIED.

Dated: *January 3, 2011*

PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*