UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| KENNETH L. CRAWFORD, et al.,<br><br>   Plaintiffs,<br><br> v.<br><br>ZACHARIA MELZER, et al.,<br><br>   Defendants. | Case No.: C 10-000280 PSG<br><br>**ORDER GRANTING DEFENSE COUNSEL'S REQUEST TO APPEAR TELEPHONICALLY**<br><br>**(Docket No. 120)** |

On March 18, 2011, counsel for Defendants filed a request to appear telephonically at the hearing set for March 22, 2011. Based on the request and the file herein,

IT IS HEREBY ORDERED that Defendants' request is GRANTED. Plaintiffs and Defendants may appear by telephone. Any party wishing to appear by telephone shall make arrangements by contacting Oscar Rivera, courtroom deputy to the undersigned.

Dated: March 21, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER