1
2
3
4
5
6
7

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| KENNETH L. CRAWFORD, et al., | ) | Case No.: C 10-00280 PSG |
|---|---|---|
| Plaintiffs, | ) ) | **ORDER GRANTING REQUEST TO FILE SUR-REPLY AND DENYING** |
| v. | ) ) | **REQUEST TO ENLARGE TIME ON MOTION TO COMPEL** |
| ZACHARIA MELZER, et al., | ) ) | **UNREDACTED DOCUMENTS** |
| Defendants. | ) ) | **(Re: Docket No. 168)** |

On April 8, 2011, the parties filed a stipulated request to allow defendants to file a sur-reply regarding the pending Motion to Compel Production of Unredacted Documents and to continue the hearing on that motion to April 26, 2011.

IT IS HEREBY ORDERED that Defendants are permitted to file a sur-reply no later than Thursday, April 14, 2011. The length of the sur-reply must not exceed five pages.

IT IS FURTHER ORDERED that the request to continue the hearing is denied. Oral argument on this motion will be heard on April 19, 2011.

Dated: April 11, 2011

PAUL S. GREWAL
United States Magistrate Judge

ORDER