**\*\*E-filed \*\***
4/27/11

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

KENNETH L. CRAWFORD, et al.,

        Plaintiffs,

   v.

ZACHARIA MELZER, et al.,

        Defendants.
_____/

No. C 10-0280 RS

**ORDER GRANTING LEAVE TO AMEND, VACATING TRIAL DATE, AND SETTING CASE MANAGEMENT CONFERENCE**

Pursuant to Civil Local Rule 7-1(b), plaintiff's motion for leave to amend is suitable for disposition without oral argument and the hearing set for May 12, 2011 is vacated.  Good cause appearing, the motion is granted, and plaintiff shall forthwith file the Second Amended Complaint in the form proposed in his motion.  In view of the amendment, defendants' request for a trial continuance, and the Court's own scheduling constraints, the trial date and associated pretrial deadlines are hereby vacated.  A further case management conference shall be held at 10:00 a.m. on May 12, 2011 for the purpose of resetting the trial.

Dated:   April 27, 2011

_____
RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE