UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| KENNETH L. CRAWFORD, ET AL., | ) | Case No.: C 10-00280 PSG |
| Plaintiffs, | ) ) | **ORDER RE OUTSTANDING** |
| v. | ) | **DISCOVERY DISPUTES** |
| | ) ) | |
| ZACHARIA MELZER, ET AL., | ) | (Docket Nos. 217, 218) |
| | ) ) | |
| Defendants. | ) | |
| _____ | ) | |

On May 26, 2011, the parties appeared for a status conference. Having reviewed the status conference statements filed by the parties and considered the arguments of counsel,

IT IS HEREBY ORDERED that no later than June 3, 2011, Defendants shall provide to Plaintiffs two dates each that James Dupin and a Tova Industries, LLC Rule 30(b)(6) designee will be available for deposition;

IT IS FURTHER ORDERED that no later than June 3, 2011, Defendants shall serve their responses regarding net worth discovery; and

IT IS FURTHER ORDERED that no later than June 3, 2011, Defendants shall provide a date and time at which the parties shall meet and confer on Plaintiffs' interrogatory no. 24

ORDER, *page 1*

1  and any other outstanding discovery disputes at the United States federal courthouse in San Jose.

2       IT IS SO ORDERED.

3  Dated:    May 26, 2011

*Paul S. Grewal*
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 2*