*E-Filed 1/4/12*

KURT E. WILSON, ESQ. (121163)
SCOTT A. MANGUM, ESQ. (260758)
**SWEENEY, MASON, WILSON & BOSOMWORTH**
A Professional Law Corporation
983 University Avenue, Suite 104C
Los Gatos, CA 95032-7637
Telephone: (408) 356-3000
Facsimile: (408) 354-8839
kwilson@smwb.com
smangum@smwb.com

Attorneys for Plaintiffs KENNETH L. CRAWFORD and
NEW HORIZON FOODS, INC.

DAVID M. GILMORE (105429)
JODY L. WINTER (249592)
JENNIFER J. PANICKER (258656)
**GILMORE, WOOD, VINNARD & MAGNESS**
P.O. Box 28907
Fresno, CA 93729-8907
Telephone: (559) 448-9800
Facsimile: (559) 448-9899

Attorneys for Defendants
ZACHARIA MELZER, YAEL MELZER, and
TOVA INDUSTRIES, LLC,
a Kentucky limited liability company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH L. CRAWFORD, NEW HORIZON FOODS, INC., a California corporation, <br><br> Plaintiffs, <br><br> v. <br><br> ZACHARIA MELZER, YAEL MELZER, TOVA INDUSTRIES, LLC, a Kentucky limited liability company <br><br> Defendants. | CASE NO. C10-00280 <br><br> **STIPULATION AND ~~PROPOSED~~ ORDER FOR DISMISSAL** |
| AND RELATED CROSS-ACTION | |

STIPULATION AND PROPOSED ORDER FOR DISMISSAL

1

TO THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

THE PARTIES HEREBY PROVIDE NOTICE THAT this entire case has been settled. The parties have executed a settlement agreement, and the terms of that agreement have been satisfied. The parties hereby stipulate and agree that the Complaint (including Defendants/Cross-Complainant's Cross-Complaint) be dismissed in its entirety with prejudice.

WHEREAS, the undersigned representatives of each party certify that they are fully authorized by the party they represent to agree to the dismissal of this action with prejudice. The terms of this stipulation shall become effective upon entry and approval of this stipulation by the Court.

**IT IS SO STIPULATED.**

Dated: January 3, 2012

**SWEENEY, MASON, WILSON & BOSOMWORTH**

By: _____
KURT E. WILSON, ESQ.,
SCOTT A. MANGUM, ESQ.
Attorneys for Plaintiffs, KENNETH L. CRAWFORD, NEW HORIZON FOODS, INC

**GILMORE, WOOD, VINNARD & MAGNESS**

By: _____
DAVID GILMORE, ESQ.
Attorneys for ZACHARIA MELZER, YAEL MELZER, TOV A INDUSTRIES, LLC, a Kentucky limited liability company

Based on the parties' stipulation, **IT IS SO ORDERED** that the Complaint and Cross-Complaint be dismissed with prejudice.

Dated: January 4, 2012        By: _____
United States District Court

STIPULATION AND PROPOSED ORDER FOR DISMISSAL

2